UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:16-cr-0098-SEB-DML |
| | ) | |
| JUSTIN NEWLAND, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

### REPORT AND RECOMMENDATION

On July 7, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 30, 2021. Defendant Newland appeared in person with his appointed counsel Michael Donahoe. The government appeared by Peter Blackett, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Newland of his rights and provided him with a copy of the petition. Defendant Newland orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Newland admitted violation number 1. [Docket No. 46.] Government orally moved to withdraw the remaining violations, which motion was granted by the Court; violation numbers 2 and 3 dismissed.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not purchase, use, distribute, or administer any controlled substance, excepts prescribed by a physician."** |
| | Mr. Liddell submitted a drug test that yielded positive for cannabinoids on January 21, 2021. He admitted having smoked marijuana earlier that same date. He previously submitted 8 positive drug tests for marijuana (March 20, 2019; May 1, 2019; June 28, 2019; October 31, 2019; November 11, 2019; November 22, 2019; September 18, 2020; November 5, 2020) that were previously reported to the court. |
| | Additionally, on July 31, 2020, Mr. Liddell submitted a diluted urinalysis. |
| 2 | **"The defendant shall participate as directed and approved by the probation officer in treatment for narcotics addiction, drug dependence, or alcohol dependence, which includes urinalysis or drug detection measures."** |
| | Mr. Liddell has been enrolled in a urine screen collection program which requires him to call in daily and report for a urinalysis when his assigned color is on the recorded line. He failed to report for drug tests on April 23, 2020; May 13, 2020; June 4, 2020; July 21, 2020, and October 21, 2020. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is V.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months' imprisonment.

5. The government recommended a sentence of twenty (20) months with no supervised release to follow. Defendant's counsel argued for a sentence of twelve (12) months and one (1) day with no supervised release to follow. Defendant requested placement at FCI Greenville or FCI Manchester.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of twenty (20) months with no supervised release to follow.  The Magistrate Judge will make a recommendation of placement at FCI Greenville or FCI Manchester.  The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 7/8/2022

_____
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system